# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TARIQ AHMAD, | ) | 3:05-CV-170-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 1, 2006 |
| | ) | |
| CHARTER COMMUNICATIONS, L.P., | ) | |
| a California limited partnership, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>GINA MUGNAINI</u>          REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

　　Terry R. Spencer has filed an Appearance of Counsel (Doc. #39). Defendant has filed an Objection to Appearance of Counsel Terry R. Spencer (Doc. #43).

　　Attached to Defendant's Opposition is a long series of correspondence between counsel for Defendant and Mr. Spencer regarding Mr. Spencer's appearance in this case. Throughout that correspondence counsel argue about the applicability and interpretation of Nevada Supreme Court Rule 49.10 as it may apply to Mr. Spencer.

　　Unfortunately, this case is venued in the United States District Court for the District of Nevada and is governed by the provisions of LR IA 10-2 entitled "Admission to Practice in a Particular Case". This Rule sets forth what is required for an attorney not admitted to the bar of this court to practice pro hac vice and its provisions apply to Mr. Spencer in this case. Mr. Spencer has not complied with the provisions of that Rule.

///

MINUTES OF THE COURT
3:05-CV-170-ECR (RAM)
May 1, 2006
Page Two
_____


      Until Mr. Spencer complies with the provisions of LR IA 10-2 by submitting the appropriate Verified Petition and the Association of Resident Attorney he shall not practice in this case.

      The Appearance of Counsel filed by Terry R. Spencer (Doc. #39) is of no effect and Mr. Spencer will not act as an attorney in this case until he has complied with the Local Rule set forth above.

      Until that time Plaintiff is still appearing in proper person.

      **IT IS SO ORDERED.**

                                      LANCE S. WILSON, CLERK

                                      By:_____/s/_____
                                                 Deputy Clerk