# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TARIQ AHMAD, | ) | 3:05-CV-170-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 1, 2006 |
| | ) | |
| CHARTER COMMUNICATIONS, L.P., | ) | |
| a California limited partnership, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Protective Order, Motion to Quash Notice of Deposition (Doc. #40). Defendant has opposed the Motion (Doc. #44).

The basis of Plaintiff's motion is that he wanted time for his counsel to appear in this case. Mr. Spencer has advised of his presence in this case since a letter of December 14, 2005, but has failed to comply with the Local Rules of Practice for this court in filing the appropriate Verified Petition to Practice Pro Hac Vice and the Association of Local Counsel. Mr. Spencer has had adequate time to comply with the Rule and his failure to do so cannot be used as an excuse to delay this case further.

Plaintiff's Motion for Protective Order, Motion to Quash Notice of Deposition (Doc. #40) is **DENIED**.

Defendant shall renotice the Plaintiff's deposition at a date and time convenient.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:            /s/
           Deputy Clerk