IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TARIQ AHMAD,

        Plaintiff,

vs.

CHARTER COMMUNICATIONS, L.P.,
a California limited partnership,

        Defendant.
_____/

CASE NO.: 3:05-cv-170-ECR (RAM)

**ORDER SHORTENING TIME TO OPPOSE DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Defendant CHARTER COMMUNICATIONS, L.P. ("CHARTER") has moved the Court for an order shortening the time for Plaintiff TARIQ AHMAD ("AHMAD") to oppose its Motion for Protective Order.

Good cause having been shown, the Court orders that AHMAD file and serve his opposition to CHARTER's motion, if any, by May 30, 2006. The Court further orders that CHARTER file its reply, if any, by June 2, 2006.

IT IS SO ORDERED.

Date: May 24, 2006

_____
UNITED STATES MAGISTRATE JUDGE